DAVID P. WAGGONER, CSBN 242519
HOMELESS ACTION CENTER
3126 Shattuck Avenue
Berkeley, CA  94705
(415) 205-8237 phone
(510) 540-0403 fax
dwaggoner@homelessactioncenter.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M.,<br><br>        Plaintiff,<br><br>    vs.<br><br>LELAND DUDEK,<br>Commissioner of Social Security,<br><br>        Defendant. | Civil No. 4:25-cv-00073-HSG<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from April 3, 2025, to June 2, 2025, to file Plaintiff's brief.

    This is Plaintiff's first request for an extension of time. Good cause exists for this extension as more time is needed to brief the issues raised in the 841-page Certified Administrative Record. Additionally, counsel has multiple other briefs due in the next 60 days and is responsible for managing the federal caseload of counsel's agency which provides free legal representation to homeless and indigent residents of Alameda County.

    Plaintiff's counsel contacted the Office of the General Counsel and there is no objection

to this motion. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Defendant does not oppose Plaintiff's request for an extension of time. The parties further stipulate that the deadline for any reply by Defendant, if necessary, will be extended accordingly.

Pursuant to Section 5-1(h) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization from Erin Highland's office, to affix their electronic signature to this document.

DATED: March 28, 2025

Respectfully submitted,

HOMELESS ACTION CENTER

/s/ David P. Waggoner
DAVID P. WAGGONER

Attorneys for Plaintiff

PATRICK D. ROBBINS
Acting United States Attorney

s/ Erin Highland
ERIN HIGHLAND
(as authorized via email on 3/28/25)
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 3/28/2025

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE