United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES MARAVILLA,
Plaintiff,

v.

SSA COMMISSIONER,
Defendant.

Case No. 25-cv-00073-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 15th day of September, 2026.

Mark B. Busby
Clerk of Court

By: ______________________
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.